```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 11181
   WILLIAM RICHARDSON JR
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1974

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/02/2008 and was confirmed 07/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED           1276.69          .00           .00
COMMONWEALTH EDISON        UNSECURED            266.68          .00           .00
LVNV FUNDING               UNSECURED           1192.48          .00           .00
NICOR GAS                  UNSECURED         NOT FILED          .00           .00
LVNV FUNDING               UNSECURED           1627.93          .00           .00
WASHINGTON MUTUAL CARD S   UNSECURED         NOT FILED          .00           .00
KENYA RICHARDSON           NOTICE ONLY       NOT FILED          .00           .00
WILLIAM RICHARDSON III     NOTICE ONLY       NOT FILED          .00           .00
GLORIA RICHARDSON          NOTICE ONLY       NOT FILED          .00           .00
CHASE HOME FINANCE LLC     CURRENT MORTG          .00           .00           .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE      3969.78           .00           .00
VILLAGE OF MAYWOOD         SECURED             438.11           .00           .00
PIERCE & ASSOCIATES        NOTICE ONLY       NOT FILED          .00           .00
CHASE HOME FINANCE LLC     CURRENT MORTG          .00           .00           .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE          .00           .00           .00
GE MONEY BANK              NOTICE ONLY       NOT FILED          .00           .00
WISCONSIN DEPT OF WORKFO   DSO ARREARS       NOT FILED          .00           .00
PAENOLA HALL               NOTICE ONLY       NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED            499.29          .00           .00
MELVIN J KAPLAN            DEBTOR ATTY        3,424.00                     772.80
TOM VAUGHN                 TRUSTEE                                          67.20
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   840.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11181 WILLIAM RICHARDSON JR
```

```
ADMINISTRATIVE                                                    772.80
TRUSTEE COMPENSATION                                               67.20
DEBTOR REFUND                                                        .00
                                    ---------------    ---------------
TOTALS                                       840.00             840.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE